**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ERIKSSON, et al.,<br><br>Defendant. | CIVIL ACTION NO. 3:26-CV-1016<br><br>(SAPORITO, J.)<br>(BLOOM, C.M.J) |

# ORDER

Now before the court is a report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom in which he recommends that the defendants' motion to dismiss (Doc. 7) be granted and that the plaintiff's motion for a temporary restraining order be denied (Doc. 2). (Doc. 12).

Upon review of the plaintiff's complaint, Judge Bloom found that the court lacks personal jurisdiction as to the plaintiff's claims. Judge Bloom noted that the defendants have virtually no business in or connection with Pennsylvania, and that the plaintiff failed to allege any of the defendants' conduct that was "expressly aimed" at the Commonwealth. (Doc. 12, at 9–10). Accordingly, Judge Bloom recommends that the plaintiff's motion for a preliminary injunction be

denied as the plaintiff cannot show a likelihood of success on the merits of his claims against the defendants.

The plaintiff filed his objections to Judge Bloom's report and recommendation on July 20, 2026. (Doc. 13). The plaintiff argues that the court has personal jurisdiction over the defendant because "the defendant was employed in the state of Pennsylvania" and "all payments made … were from the state of Pennsylvania." (*Id.*, at 1). The plaintiff's contentions, however, do not dispute Judge Bloom's finding that the defendants have virtually no business in or connection with Pennsylvania, and that the plaintiff failed to allege any of the defendants' conduct that was "expressly aimed" at the Commonwealth. (Doc. 12, at 9–10). Therefore, the plaintiff's objections are unavailing.

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the contested and uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Bloom's analysis to be well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Bloom (Doc. 12) is **ADOPTED** in its entirety;

2. The defendants' motion to dismiss (Doc. 7) is **GRANTED**;

3. The plaintiff's motion for a temporary restraining order (Doc. 2) is **DENIED**; and

4. The Clerk of Court shall close the case.

Dated: July 31, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge